## Commonwealth ex rel. Hovis, Appellant, v. Myers.

Submitted March 18, 1964. *Joseph L. Hovis,* appellant, in propria persona; *Armand Della Porta* and *Thomas M. Reed,* As-

sistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.